[No. 45681-4-I. Division One. December 4, 2000.]

GEORGETOWN CRIME PREVENTION AND COMMUNITY COUNCIL, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-19532-1, Peter D. Jarvis, J., entered November 5, 1999. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Coleman, J.

[Nos. 18052-2-III; 19192-3-III. Division Three. December 5, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBIN LOUIS NORDMARK, *Appellant*.
*In the Matter of the Personal Restraint of* ROBIN LOUIS NORDMARK, *Petitioner*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01732-8, Robert D. Austin, J., entered November 13, 1998, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 18665-2-III. Division Three. December 5, 2000.]

ROBERT DEVEREAUX, *Appellant*, v. ROBERT RICARDO PEREZ, ET AL., *Defendants*, THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-2-00572-2, Evan E. Sperline, J., entered July 29, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis, J.; Brown, J., dissenting.